UNITED STATES DISTRICT COURT
For the Northern District of California

RECEIVED
06 OCT -3 AM 10: 15

FILED
OCT 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

Travelers Casualty and Surety Company of America,

                Plaintiff(s),

v.

Wells Fargo Bank, N.A., and San Mateo Credit Union,

                Defendant(s).

CASE NO. C06-3531 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mark E. Wilson, an active member in good standing of the bar of the Illinois Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

Kerns, Pitrof, Frost & Pearlman, LLC, 70 West Madison Street, Suite 5350, Chicago, Illinois 60602, (312) 261-4572, mwilson@kpfplaw.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10-4-06

_____
United States District Judge
WILLIAM A. ALSUP

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY,

    Plaintiff,

v.

WELLS FARGO BANK et al,

    Defendant.

Case Number: CV06-03531 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Cray
Law Offices of Barbara Cray
303 Twin Dolphin Drive
6th Floor
Redwood Shores, CA 94065

Edward O.C. Ord
E.O.C. Ord, Inc.
250 Montgomery Street
Suite 1210
San Francisco, CA 94104

Leora R. Ragones
Lombardi Loper & Conant, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Leora R. Ragones
Lombardi Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541