IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., AND
SAN MATEO CREDIT UNION,

    Defendants.

No. C 06-03531 WHA

**ORDER DENYING
STIPULATION SELECTING
ADR PROCESS**

At the case management conference held on September 14, 2006, the Court offered to provide an ADR reference. The parties spurned that offer and stated a preference for a private mediator, which the Court allowed. It is now too late to backtrack. The case is set for trial on April 9, 2007. There is no judge available between now and the trial date to work this case into our ADR services. Counsel should take this into account in their next case before this Court.

**IT IS SO ORDERED.**

Dated: December 14, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE