**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. and SAN MATEO CREDIT UNION,<br><br>　　　　Defendants.<br>_____/ | No. C 06-03531 WHA<br><br>**ORDER DENYING STIPULATION FOR EXTENSION OF DEADLINES AND TRIAL DATE** |

　　　Good cause not shown, parties' stipulation to extend deadlines and trial date by 45 days is **DENIED.**

　　　**IT IS SO ORDERED.**

Dated:  December 22, 2006

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE