IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | No. C 06-03531 WHA |
| Plaintiff, | |
| v. | **NOTICE OF COURT HEARING** |
| WELLS FARGO BANK and SAN MATEO CREDIT UNION, | |
| Defendant. / | |

Counsel in this case (including for Wells Fargo) are asked to attend a status conference on Wednesday, March 21, 2007, at 10:00 a.m. in Courtroom No. 9, at 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE