IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., and SAN MATEO CREDIT UNION,<br><br>    Defendants.<br>                                               / | No. C 06-03531 WHA<br><br>**ORDER RE STATEMENT OF COUNSEL FOR WELLS FARGO BANK** |

The statement of counsel for Wells Fargo Bank regarding the upcoming status conference has been received. It appears that Wells Fargo Bank is no longer a party to this action. Thus, counsel for Wells Fargo Bank is excused from appearing at the status conference to be held on March 21, 2007, at 10:00 a.m. If her appearance is required at some later time, counsel will be notified. All other parties must still appear at the status conference.

**IT IS SO ORDERED.**

Dated: March 21, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE