TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
SAN MATEO CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and SAN MATEO CREDIT UNION,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 06 3531 WHA<br><br>REQUEST FOR AND ORDER FOR DISMISSAL OF SAN MATEO CREDIT UNION'S CROSS-CLAIM |

Cross-complainants San Mateo Credit, through their counsel, Timothy J. McCaffery of Lombardi, Loper & Conant, LLP, requests that the Cross-Claim filed by San Mateo Credit Union against Cross-Defendant Sarah Chavez, be dismissed without prejudice. Given that it is the understanding of Counsel for San Mateo Credit Union that Ms. Chavez is currently incarcerated, and has never made an appearance in this matter, it is not possible to obtain a stipulation from her for the dismissal.

///

///

00525-35819 TJM 535209.1                    1                    Case No. C 06-3531 WHA

**REQUEST FOR AND ORDER FOR DISMISSAL OF SAN MATEO CREDIT UNION'S CROSS-CLAIM**

Dated: March 23, 2007                LOMBARDI, LOPER & CONANT, LLP

                                     By: ___/s/ Timothy J. McCaffery____
                                            TIMOTHY J. McCAFFERY
                                     Attorneys for Defendant San Mateo Credit Union

### ORDER

The Court has reviewed the Stipulation of counsel and, based upon the Stipulation and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the cross-complaint filed by San Mateo Credit Union is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: March 23, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

00525-35819 TJM 535209.1                  2                    Case No. C 06-3531 WHA
REQUEST FOR AND ORDER FOR DISMISSAL OF SAN MATEO CREDIT UNION'S CROSS-CLAIM