MARK WILSON
Of Counsel
Kerns, Pitrof, Frost & Pearlman, LLC
Three First National Plaza
70 West Madison St., #5350
Chicago, IL  60602
Telephone:  (312) 261-4572

Edward Ord, Esq.
ORD & NORMAN
250 Montgomery St., #1210
San Francisco, CA  94104
Telephone:  (415) 274-3800
Attorneys for Plaintiff
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

Timothy McCaffery, Esq.
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suit 2600
Oakland, CA 94612-3541
(510) 433-2600
Attorney for Defendant
SAN MATEO CREDIT UNION

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) )  NO:  C 06-03531 WHA ) |
| Plaintiff, | )  WITH JURY DEMAND ) |
| v. | )  [PROPOSED] ORDER DISMISSING )  CIVIL ACTION AND COMPLAINT |
| WELLS FARGO BANK, N.A., and SAN MATEO CREDIT UNION, | ) ) ) |
| Defendants. | ) |

The stipulation of TRAVELERS CASUALTY AND SURETY COMPANY OF

AMERICA and SAN MATEO CREDIT UNION to dismiss the above civil action with

prejudice came before this Court on the date indicated below. The other party, the WELLS

FARGO BANK, N.A., has been previously dismissed as a party with prejudice by this Court.

1    The Court had previously dismissed the party WELLS FARGO BANK, N.A.  The

2 remaining parties TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

3 and SAN MATEO CREDIT UNION have stipulated that the Court can dismiss the above-

4 captioned civil action and complaint with prejudice.

5    IT IS HEREBY ORDERED THAT the above civil action and complaint is dismissed

6 with prejudice with each party bearing their own respective legal fees and costs.

7

8 Dated March _23_, 2007

9    Judge _____
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28